UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 15 2014
BY DAVID J. MALAND, CLERK
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL CASE NO. 4:14-cv-640-DDB |
| | ) | |
| SARAH FRANCES HAGGARD, MICHAEL | ) | |
| JOE HAGGARD, MARK DOUGLAS | ) | |
| HAGGARD, VICKI RENEE HAGGARD, | ) | |
| AND LAMAR NATIONAL BANK, | ) | |
| Defendants. | ) | |

## WAIVER OF SERVICE OF SUMMONS

TO:   THOMAS M. HERRIN
     U.S. Department of Justice, Tax Division
     717 N. Harwood, Suite 400
     Dallas, TX 75201
     ATTORNEY FOR UNITED STATES OF AMERICA

     I acknowledge receipt of your request that I waive service of a summons in the action of United States of America v. Sarah Frances Haggard, et al., which is case number 4:14-cv-00640-DDB, in the United States District Court for the Eastern District of Texas. I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

     I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **November 21, 2014**, or within 90 days after that date if the request was sent outside the United States.

_12/2/14_____
Date

_____ EVP
Signature

Printed/Typed Name:

_Dick Severson_____